UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18347
   MARK L SCOTT SR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6936


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/05/2007 and was not confirmed.

      The case was dismissed without confirmation 01/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 15818.98 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 1000.00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 285.06 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| H&F LAW | UNSEC W/INTER | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | 500.00 | .00 | .00 |
| J B HUNT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 314.00 | .00 | 314.00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,500.00 | | 444.16 |
| TOM VAUGHN | TRUSTEE | | | 51.84 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   810.00

PRIORITY                                       314.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 444.16
TRUSTEE COMPENSATION                            51.84
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                    810.00                810.00




                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 18347 MARK L SCOTT SR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/21/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 07 B 18347 MARK L SCOTT SR